# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Jeannette Delacerda, n/k/a Jeannette Sanderson, On Behalf of Herself and All Others Similarly Situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | **ORDER** |
| vs. | ) ) ) | |
| North Dakota Department of Human Services; Carol Olson, Individually and as Director of the North Dakota Department of Human Services; Annette Bendish and Gale Hanson in their individual and official capacities, | ) ) ) ) ) ) ) ) | Case No.  1:08-cv-046 |
| Defendants. | ) | |

The court conducted a status conference with the parties on April 14, 2009.  Pursuant to the parties' discussions, the court **ORDERS** that all pretrial deadlines as well as the trial scheduled for February 1, 2010, at 9:30 a.m. in Bismarck, North Dakota, are cancelled.  The trial shall be rescheduled, if necessary, at a later date.

Dated this 14th day of April, 2009.

*/s/  Charles S.  Miller, Jr.*
Charles S.  Miller, Jr.
United States Magistrate Judge