**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Jeanette Delacerda, n/k/a Jeanette Sanderson, On Behalf of Herself and All Others Similarly Situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | **ORDER** |
| vs. | ) ) | |
| North Dakota Department of Human Services; Carol Olson, Individually and as Director of the North Dakota Department of Human Services; Annette Bendish and Gale Hanson, in their individual and official capacities, | ) ) ) ) ) ) ) ) | |
| | ) | Case No.  1:08-cv-046 |
| Defendants. | ) | |

_____

The court shall conduct a telephonic status conference with the parties in the above-entitled action on June 15, 2009, at 9:00 a.m. The court shall initiate the call.

**IT IS SO ORDERED.**

Dated this 18th day of May, 2009.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge